UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO, <br> Plaintiff, <br> v. <br> BILAL MOHAMMAD ZAGHLOUL, et al., <br> Defendant. | Case No. 19-cv-00691-VC <br><br> **ORDER OF DISMISSAL** |

The Court has been advised by the Settlement Conference Minute Order filed on January 13, 2020, that the parties have resolved this case. (Re: Dkt. No. 31). Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

The parties retain the right to reopen this action within 120 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 120 days, the dismissal will be with prejudice as to all defendants.

**IT IS SO ORDERED.**

Dated: January 24, 2020

_____

VINCE CHHABRIA
United States District Judge